1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stewart Swanson,<br><br>      Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>      Defendant. | No. CV 05-3443-PHX-JAT<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation from the Magistrate Judge (R&R) recommending that this case be dismissed for failure to prosecute.

Plaintiff did not file objections to the R&R (Defendant has not been served). Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #6) is **ACCEPTED**; and

1 **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT
2 PREJUDICE** for failure to prosecute (*See* Fed.R.Civ.Pro. 41(b)) and the Clerk of the Court
3 shall enter judgment accordingly.

4 DATED this 10th day of May, 2006.

_____
James A. Teilborg
United States District Judge